# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMEY SCOTT VOSS**            **PLAINTIFF**
**ADC #213751**

v.        No: 4:19-cv-00758 BRW-PSH

**CAMERON WELLS,** *et al.*            **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommendation s in all respects.

Accordingly, Voss's Motion for Summary Judgment (Doc. No. 6) is DENIED.

IT IS SO ORDERED this 27th day of December, 2019.

                                           Billy Roy Wilson _____
                                           UNITED STATES DISTRICT JUDGE