# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RAYMEY SCOTT VOSS**                                                          **PLAINTIFF**

v.                                    No: 4:19-cv-00758 PSH

**CAMERON WELLS,** *et. al*                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE